UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x Case No. 1-26-40076-nhl
In Re:

SHRI RADHA KRISHNA MADIR INC.,                    Chapter 11
aka SHREE RADHA KRISHNA MADIR INC.,

                        Debtor,

-----------------------------------------------------------x


## STIPULATION ADJOURNING MOTION RETURN DATE


IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the Debtor and Nadira Sharma that the return date on Debtor's Motion seeking an order directing the examination of Nadira Sharma currently returnable on May 20, 2026 is hereby adjourned to June 10, 2026, and that Savad Churgin shall serve its Opposition papers by June 3, 2026.



Dated: New York, New York
        May 12, 2026



Dahiya Law Offices LLC                          Savad Churgin
*Attorneys for Debtor/Debtor in Possession*     *Attorneys for Nadira Sharma*

        *Karamvir Dahiya*                                *Joseph Churgin*
By:_____            By:_____
   Karamvir Dahiya, Esq.                    Joseph A, Churgin, Esq.
   111 John Street, #1860                   55 Old Turnpike Rd., #209
   New York, NY 10038                       Nanuet, NY 10954
   Ph: 212.766.8000                         Ph: 845.624.3820
   Karam@dahiya.law                         mail@savadchurgin.com