# Notice Recipients

District/Off: 0207–1      User: admin      Date Created: 6/1/2026

Case: 1–26–40076–jmm      Form ID: 226      Total: 12

**Recipients of Notice of Electronic Filing:**

tr      Jolene E Wee      jwee@jw–infinity.com

aty      Karamvir Dahiya      karam@dahiya.law

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db      Shri Radha Krishna Mandir Inc. aka Shree Radha Krishna LLC      12604 133rd Ave.      South Ozone Park, NY 11420

smg      United States of America      Secretary of the Treasury      15th Street & Pennsylvania Ave. NW      Washington, DC 20220

smg      NYS Unemployment Insurance      Attn: Insolvency Unit      Bldg. #12, Room 256      Albany, NY 12240

smg      NYS Department of Taxation & Finance      Bankruptcy Unit      PO Box 5300      Albany, NY 12205

smg      Internal Revenue Service      PO Box 7346      Philadelphia, PA 19101–7346

smg      Office of the United States Trustee      Eastern District of NY (Brooklyn)      Alexander Hamilton Custom House      One Bowling Green, Room 510      New York, NY 10004–1408

10654698      INTERNAL REVENUE SERVICE      P.O. BOX 7346      PHILADELPHIA, PA 19101–7346

10636530      NYC DEPT OF FINANCE      ATT LEGAL AFFAIRS      345 ADAM STREET      Brooklyn, NY 11201

10647731      New York City Dept of Finance      Office of Legal Affairs      Collections Law–RPT Taxes      375 Pearl Street, 30th fl      New York, NY 10038

10636531      Woodbury Asset Management      8 Wagamon Dr.      Woodbury, NY 11797

TOTAL: 10