# EXHIBIT D

# EXHIBIT D



Q

# Department of State
## Division of Corporations

## Entity Information

[ Return to Results ]  [ Return to Search ]

Entity Details

**ENTITY NAME:** SHRI RADHA KRISHNA MANDIR INC.

**DOS ID:** 2234091

**FOREIGN LEGAL NAME:**

**FICTITIOUS NAME:**

**ENTITY TYPE:** DOMESTIC NOT-FOR-PROFIT CORPORATION

**DURATION DATE/LATEST DATE OF DISSOLUTION:**

**SECTIONOF LAW:** 402 NCL - NOT-FOR-PROFIT CORPORATION LAW

**ENTITY STATUS:** ACTIVE

**DATE OF INITIAL DOS FILING:** 03/02/1998

**REASON FOR STATUS:**

**EFFECTIVE DATE INITIAL FILING:** 03/02/1998

**INACTIVE DATE:**

**FOREIGN FORMATION DATE:**

**STATEMENT STATUS:** NOT REQUIRED

**COUNTY:** QUEENS

**NEXT STATEMENT DUE DATE:**

**JURISDICTION:** NEW YORK, UNITED STATES

**NFP CATEGORY:** CHARITABLE

ENTITY DISPLAY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** THE CORPORATION

**Address:** PO BOX 20052, SOUTH OZONE PARK, NY, UNITED STATES, 11420

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:**

**Address:**

Principal Executive Office Address

**Address:**

Registered Agent Name and Address

**Name:** NADIRA SHARMA

**Address:** 105-48 132ND STREET, RICHMOND HILL, NY, 11419

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| | | |