# EXHIBIT F

# EXHIBIT F

**State of New York** } ss:
**Department of State**

*I hereby certify that the annexed copy has been compared with the original document in the custody of the Secretary of State and that the same is a true copy of said original.*

*Witness my hand and seal of the Department of State on* **MAR 0 4 1998**



*Special Deputy Secretary of State*

DOS-1266 (5/96)

N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS                    ALBANY, NY 12231-0001

FILING RECEIPT

=====================================================================================

ENTITY NAME    : SHRI RADHA KRISHNA MANDIR INC.


DOCUMENT TYPE    : DOMESTIC (NOT-FOR-PROFIT) CORPORATIO    TYPE: B    COUNTY: QUEE

SERVICE COMPANY : ** NO SERVICE COMPANY **                    SERVICE CODE: 00

=====================================================================================

FILED: 03/02/1998  DURATION: PERPETUAL   CASH #: 980302000670  FILM #: 980302000654

ADDRESS FOR PROCESS                                           EXIST DATE
----------------------                                        ----------
THE CORPORATION                                               03/02/1998
94-19 121ST STREET
RICHMOND HILL, NY 11419

REGISTERED AGENT
----------------



=====================================================================================

| FILER | FEES | 110.00 | PAYMENTS | 110.00 |
|-------|------|--------|----------|--------|
| DHANRAJ SINGH | FILING : | 75.00 | CASH  : | 0.00 |
| 162-15 HIGHLAND AVENUE, #3G | TAX : | 0.00 | CHECK : | 110.00 |
|  | CERT : | 0.00 | BILLED: | 0.00 |
| JAMAICA, NY 11432 | COPIES : | 10.00 |  |  |
|  | HANDLING: | 25.00 |  |  |
|  |  |  | REFUND: | 0.00 |

=====================================================================================

DOS-1025 (11/89)

A 191—Certificate of Incorporation: Not-for-Profit Corporation Law

JULIUS BLUMBERG, INC.,
PUBLISHER, NYC 10013



# Certificate of Incorporation

*of*

S E R I   R A D H A   K R I S H N A   M A N D I R   I N C.

*under section 402 of the Not-for-Profit Corporation Law*

IT IS HEREBY CERTIFIED THAT:

*(1) The name of the corporation is* SHRI R A D H A  K R I S H N A  MANDIR. IN

*(2) The corporation is a corporation as defined in subparagraph (a)(5) of section 102 (Definitions) of the Not-for-Profit Corporation Law.*

*(3) The purpose or purposes for which the corporation is formed are as follows:*

(1)   FOR THE FURTHERANCE OF SANATAN DHARMA

To Hold Religious Services, Sermons and Ceremonies, and to celebrate and observe Hindu Religious Holidays and other Religious occasions.

(2)   FOR THE PROMOTION OF INDIAN CULTURE

(3)   AND FOR CHARITABLE PURPOSES

Being able and being allowed to, under the Not-For-Profit Laws. Rules and Regulations, to render material assistance to a member or members of the Religious Community and/or Parish, and to other similar Not-For-Profit Religious and/or Cultural Organization or Organizations or needy group or groups that may be deemed to be in need of such assistance.

*The corporation, in furtherance of its corporate purposes above set forth, shall have all the powers enumerated in section 202 of the Not-for-Profit Corporation Law, subject to any limitations provided in the Not-for-Profit Corporation Law or any other statute of the State of New York. Nothing herein shall authorize this corporation, directly or indirectly, to engage in, or include among its purposes, any of the activities mentioned in Not-for-Profit Corporation Law, section 404 (b)-(u).*

*(4) The corporation shall be a Type* **B** *corporation pursuant to section 201 of the Not-for-Profit Corporation Law. (In the case of Type A, B and C corporations set forth the names and addresses of at least 3 initial directors. Type C corporation must set forth the lawful public or quasi-public objective which each business purpose will achieve.)*

Rabindranauth Sharma
94-19 121st Street
Richmond Hill, NY 11419

Dhanraj Singh
162-15 Highland Avenue #3G
Jamaica, NY 11432

Gopie Nauth
101-30 123rd Street
Richmond Hill, NY 11419

*(5) The office of the corporation is to be located in the County of* **QUEENS** *State of New York.*

*(6) The Secretary of State is designated as agent of the corporation upon whom process against it may be served. The post office address to which the Secretary of State shall mail a copy of any process against the corporation served upon him is*

94-19 121ST Street, Richmond Hill, NY 11419

2

*(7) State and Federal exemption.*

*State and Federal exemption language for Type B and C corporations seeking tax exemption.*

*Notwithstanding any other provisions of these articles, the corporation is organized exclusively for one or more of the purposes as specified in §501(c)(3) of the Internal Revenue Code of 1954, and shall not carry on any activities not permitted to be carried on by a corporation exempt from Federal income tax under IRC §501(c)(3) or corresponding provisions of any subsequent Federal tax laws.*

*No part of the net earnings of the corporation shall inure to the benefit of any member, trustee, director, officer of the corporation, or any private individual (except that reasonable compensation may be paid for services rendered to or for the corporation), and no member, trustee, officer of the corporation or any private individual shall be entitled to share in the distribution of any of the corporate assets on dissolution of the corporation.*

*No substantial part of the activities of the corporation shall be carrying on propaganda, or otherwise attempting to influence legislation [except as otherwise provided by IRC §501(h)] or participating in, or intervening in (including the publication or distribution of statements), any political campaign on behalf of any candidates for public office.*

*In the event of dissolution, all of the remaining assets and property of the corporation shall, after necessary expenses thereof, be distributed to another organization exempt under IRC §501(c)(3), or corresponding provisions of any subsequent Federal tax laws, or to the Federal government, or state or local government for a public purpose, subject to the approval of a Justice of the Supreme Court of the State of New York.*

*In any taxable year in which the corporation is a private foundation as described in IRC §509(a), the corporation shall distribute its income for said period at such time and manner as not to subject it to tax under IRC §4942, and the corporation shall not (a) engage in any act of self-dealing as defined in IRC §4941(d), retain any excess business holdings as defined in IRC §4943(c), (b) make any investments in such manner as to subject the corporation to tax under IRC §4944, or (c) make any taxable expenditures as defined in IRC §4945(d) or corresponding provisions of any subsequent Federal tax laws.*

3

*IN·WITNESS WHEREOF, the undersigned incorporator, or each of them if there are more than one, being at least nineteen years of age, affirm(s) that the statements made herein are true under the penalties of perjury. Dated* February 1, *19* 98.

RABINDRANAUTH SHARMA
Type name of Incorporator

94-19 121st Street, Richmond Hill, NY 11419
Address

DHANRAJ SINGH
Type name of Incorporator

162-15 Highland Avenue, #3G, Jamaica NY 11432
Address

*I, the undersigned Justice of the Supreme Court of the State of New York* _____ *Judicial District, do hereby approve the foregoing Certificate of Incorporation.*

98 JAN 28 P7:55

*Dated* _____

_____
*J. S. C.*

ICC

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED MAR 0 2 1998
TAX $_____
BY: ___MMR___

Queens

FEB 12

## Certificate of Incorporation

*of*

# SHRI RADHA KRISHNA MANDIR INC.

*under Section 402 of the Not-for-Profit Corporation Law*

*Filed By:* DHANRAJ SINGH

*Office and Post Office Address*

162-15 Highland Avenue, #3G
Jamaica, NY 11432