# EXHIBIT G

# EXHIBIT G

SINGLE MEMBER
OPERATING AGREEMENT
OF
SHREE RADHA KRISHNA, LLC

This Operating Agreement (this "Agreement") of Shree Radha Krishna, LLC (the "Company"), is entered into as of the 23rd day of July, 2014 by Rabindranauth Sharma (the "Member"), as the sole member of the Company.

Pursuant to and in accordance with the Limited Liability Company Law of the State of New York, as amended from time to time (the "LLCL"), the Member hereby states as follows:

1.      Name. The name of the limited liability company shall be Shree Radha Krishna, LLC

2.      Office. The principal office of the Company shall be located in the County of Queens, and all correspondence for the Company shall be sent to 10448 132nd Street, South Richmond Hill, New York 11419 or such other place or places as the Member shall determine.

3.      Term. The term of the Company shall commence as of the date of filing of the Articles of Organization of the Company with the Department of State of the State of New York and the Company shall be dissolved and its affairs wound up as provided in said Articles, in this Agreement or as otherwise provided in the LLCL.

4.      The Company is formed for the purpose of owning and operating real estate and engaging in any lawful act or activity for which limited liability companies may be formed under the LLCL and engaging in any and all activities necessary or incidental to the foregoing.

5.      Member. The name and the mailing address of the Member is as follows:

| Name | Address |
|------|---------|
| Rabindranauth Sharma | 10448 132nd Street |
|  | Richmond Hill, New York 11419 |

6.      Management; Powers. The business and affairs of the Company shall be managed by the Member. The Member is authorized to execute any and all documents on behalf of the Company necessary or appropriate in connection with the aforementioned purposes.

7.      Capital Contributions. The initial capitalization of the Company shall consist of $100 contributed by the Member.

8.      Additional Contributions. The Member is not required to make any additional capital contributions to the Company, provided however, that additional capital contributions may be made at such time and in such amounts as the Member shall determine.

9. _Allocation of Profits and Losses_. The Company's profits and losses shall be allocated 100% to the Member.

10. _Distributions_. Distributions shall be made to the Member at the times and in the aggregate amounts determined by the Member and shall be made in accordance with the same percentages as profits and losses are allocated.

11. _Assignments_. The Member may assign or transfer in whole or in part his interest in the Company.

12. _Withdrawal of a Member Termination of the Company_. So long as he is the sole Member, the Member may withdraw from the Company, provided that such withdrawal from the Company shall result in the constructive termination of the Company. If there is more than one Member, then no Member shall be permitted to withdraw from the Company or demand a return or payment of his capital contribution.

13. _Admission of Additional Members_. The Member may cause the Company to admit one or more additional members to the Company and/or create different classes of members.

14. _Liability of Member_. The Member shall not have any liability for the obligations or liabilities of the Company, except to the extent provided in the LLCL.

15. _Exculpation of Member_. The Member shall not be liable to the Company for any breach of duty in such capacity, unless otherwise provided by law.

16. _Governing Law_. This Agreement shall be governed by, and construed under, the laws of the State of New York, all rights and remedies being governed by said laws.

17. _Amendments_. Any amendment to this Agreement must be in writing and, subject to the provisions of Section 417(b) of the LLCL, must be approved in writing by a majority-in-interest of the then current Members.

18. _Entire Agreement_. This Agreement sets forth the entire agreement and understanding in respect of the subject matter hereof and supersedes all prior and contemporaneous agreements, arrangements and understandings, express or implied, oral or written, relating to the subject matter hereof.

IN WITNESS WHEREOF, the undersigned, intending to be legally bound hereby, have duly executed this Operating Agreement.

Member