# EXHIBIT H

# EXHIBIT H

N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS         ALBANY, NY 12231-0001

FILING RECEIPT
================================================================================
ENTITY NAME: SHREE RADHA KRISHNA, LLC

DOCUMENT TYPE: ARTICLES OF ORGANIZATION (DOM LLC)               COUNTY: ALBA
================================================================================
FILED:07/23/2014 DURATION:********   CASH#:140723000327 FILM #:140723000321
                                      DOS ID:4610804

     FILER:
     ------                                                    EXIST DATE
                                                               ----------
     VCORP SERVICES, LLC                                       07/23/2014
     25 ROBERT PITT DRIVE, SUITE 204

     MONSEY, NY 10952

     ADDRESS FOR PROCESS:
     -------------------

     C/O NAVIN DEORAJ
     110-06 LIBERTY AVENUE
     RICHMOND HILL, NY 11419

     REGISTERED AGENT:
     ----------------


     The limited liability company is required to file a Biennial Statement with
     the Department of State every two years pursuant to Limited Liability
     Company Law Section 301. Notification that the biennial statement is due
     will only be made via email. Please go to www.email.cbiennial.dos.ny.gov
     to provide an email address to receive an email notification when the
     Biennial Statement is due.


================================================================================
SERVICE COMPANY: VCORP SERVICES, LLC                    SERVICE CODE: HD *


FEES      225.00                                   PAYMENTS      225.00
          -------                                                ------
FILING    200.00                                   CASH            0.00
TAX         0.00                                   CHECK           0.00
CERT        0.00                                   CHARGE          0.00
COPIES      0.00                                   DRAWDOWN      225.00
HANDLING   25.00                                   OPAL            0.00
                                                   REFUND          0.00
================================================================================
1540363                                            DOS-1025 (04/2007)