# EXHIBIT J

# EXHIBIT J

— Quitclaim Deed – Individual or Corporation (single sheet)

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

**THIS INDENTURE,** made the 8th day of August in the year 2014

**BETWEEN**
JODA PERSAUD, residing at 104-18 133rd Street, Richmond Hill, NY 11419 and RABINDRANAUTH SHARMA f/k/a NGN RABINDRANAUTH, residing at 105-48 132nd Street, Richmond Hill, NY 11419

party of the first part, and SHREE RADHA KRISHNA, LLC, having an address at PO Box 200440, South Ozone Park, NY 11420

party of the second part,

**WITNESSETH,** that the party of the first part, in consideration of Ten Dollars and other valuable consideration paid by the party of the second part, does hereby remise, release and quitclaim unto the party of the part, the heirs or successors and assigns of the party of the second part forever,

All that certain Lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough and County of Queens, City and State of New York, known and designated as Lots Number 1 and 2 in Block 11 on a certain map entitled "Map of Richmond Hill Arcade, Fourth Ward, Borough of Queens, New York City, Surveyed July, 1920 by Evans Bros., Jamaica, New York, and filed in the Office of the Clerk of Queens County on September 29th, 1920 as Map Number 3930, which said property is more particularly bounded and described as follows:

SEE SCHEDULE "A" ATTACHED HERETO AND MADE A PART HEREOF

Premises being known as and by street address: 126-04 133rd Avenue, South Ozone Park, NY 11420.

Being and intended to be the same premises conveyed to the Grantor in deed dated April 30, 1999, recorded/filed May 27, 1999 in the Office of the City Register of the City of New York, Queens County.

**TOGETHER** with all right, title and interest, if any, of the party of the first part of, in and to any streets and roads abutting the above-described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**AND** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose.

The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF

Block: 11785 Lot: 32

JODA PERSAUD

RABINDRANAUTH SHARMA f/k/a NGN RABINDRANAUTH

 **TitleVest**®

**TitleVest Order #:** 437-Q-415700

# Schedule A (Description)

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough and County of Queens, City and State of New York, known and designated as Lots Number 1 and 2 in Block 11 on a certain map entitled, "Map of Richmond Hill Arcade, Fourth Ward, Borough of Queens, New York City, surveyed July, 1920 by Evans Bros., Jamaica New York, and filed in the Office of the Clerk of Queens County on September 29th, 1920 as Map Number 3930, which said property is more particularly bounded and described as follows:

BEGINNING at the corner formed by the intersection of the southerly side of Blake Avenue now 133rd Avenue and the easterly side of Shoshone Street, now known as 126th Street;

RUNNING THENCE easterly along the southerly side of 133rd Avenue, 40 feet;

THENCE southerly parallel with 126th Street, 100 feet;

THENCE westerly parallel with 133rd Avenue, 40 feet to the easterly side of 126th Street;

THENCE northerly along the easterly side of 126th Street, 100 feet to the point or place of BEGINNING.

FOR INFORMATION ONLY: Said premises also known as 126-04 133rd Avenue, Queens, NY.

FOR CONVEYANCING ONLY, if intended to be conveyed: Together with all rights, title and interest of, in and to any streets and roads abutting the above described premises, to the center line thereof.

ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of Queens, ss:

On the 12 day of August in the year 2014, before me, the undersigned, personally appeared JODA PERSAUD, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

JACKIE L. SCHWEIGER (GENERAZIO)
Notary Public, State of New York
Qualified in Nassau County
No. 01SC6086017
Commission Expires June 16, 20 15

ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE

State of New York, County of          , ss:
On the        day of        in the year        , before me, the undersigned, a Notary Public in and for said State, personally appeared        , the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in
(if the place of residence is in a city, include the street and street number if any, thereof);
that he/she/they know(s)        to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said        execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto

ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of Queens, ss:

On the 12 day of August in the year 2014, before me, the undersigned, personally appeared RABINDRANAUTH SHARMA f/k/a NGN RABINDRANAUTH, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

JACKIE L. SCHWEIGER (GENERAZIO)
Notary Public, State of New York
Qualified in Nassau County
No. 01SC6086017
Commission Expires June 16, 20 15

ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE

*State of        , County of        , ss:
*(Or insert District of Columbia, Territory, Possession or Foreign County)

On the        day of        in the year        , before me  the undersigned  personally appeared        Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in  his/her/their capacity(ies),  that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the

(add the city or political subdivision and the state or country or other place the acknowledgement was taken).

# QUITCLAIM DEED

**Title No.**

JODA PERSAUD and RABINDRANAUTH SHARMA f/k/a NGN RABINDRANAUTH
**TO**
SHREE RADHA KRISHNA, LLC

SECTION: 51

BLOCK: 11758

LOT: 32

COUNTY OR TOWN: QUEENS

**MADISON TITLE AGENCY L.L.C.**

1125 OCEAN AVENUE
LAKEWOOD, NJ 08701
P: (732) 905-9400
F: (732) 905-9420
WWW.MADISONTITLE.COM

**RETURN BY MAIL TO:**



SHREE RADHA KRISHNA LLC
P.O. BOX 200440
SOUTH OZONE PARK NY
11420