# EXHIBIT L

# EXHIBIT L

At an I.A.S. Term, Part 41 of the Supreme Court of the State of New York, County of QUEENS at the Courthouse thereof, located at 88-11 Sutphin Boulevard, Jamaica, New York 11435 on the _22nd_ day of ___May___, 2023.

PRESENT:

HON. ULYSSES B. LEVERETT, J.S.C.
Justice

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
--------------------------------------------------------------------x
WOODBURY ASSET MANAGEMENT INC.,

                             Plaintiff,

       -against-

SHREE RADHA KRISHNA, LLC; ABL ONE, LLC;
NEW YORK CITY ENVIRONMENTAL CONTROL BOARD,
NEW YORK CITY PARKING VIOLATIONS BUREAU,
NEW YORK STATE DIVISION OF TAXATION & FINANCE,
NADIRA SHARMA and LILOUTIE PERSUAD,

                             Defendants.
--------------------------------------------------------------------x

Index No. 704078/2022

**ORDER CONFIRMING
REFEREE REPORT AND
JUDGMENT OF
FORECLOSURE
AND SALE**

Motion Sequence #2

**FILED & RECORDED**
5/23/2023
2:20PM
COUNTY CLERK T.L
QUEENS COUNTY

Upon the Summons, Verified Complaint duly filed with the Notice of Pendency of Action in the Office of the Clerk for the County of QUEENS on February 23, 2022; and on the Affirmation of Regularity of John Tangel, Esq. dated July 19, 2022; and the Affirmation of John Tangel, Esq. in Support of a request for legal fees; and the Affidavits of Service on the defendants, heretofore duly filed in this action; and upon the Order of Reference entered October 26, 2022 as NYSCEF Doc. No. 49 appointing Tyrone S. Brown, Esq., as Referee to ascertain and compute the amount due the Plaintiff pursuant to the Mortgage, and to examine and report whether the mortgaged premises can be sold in one parcel; and on reading the filing the Report of the Referee dated