# EXHIBIT M

# EXHIBIT M

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

In re                                                    Case No. 23-42976-nhl

Shree Radha Krishna, LLC,                                (Chapter 11)


                        Debtor.

-------------------------------------------------------------x

## ORDER DISMISSING CHAPTER 11 CASE

Based upon the motion (the "Motion") of William K. Harrington, the United States Trustee for Region 2, for an order, pursuant to 11 U.S.C. § 1112(b), dismissing the case of Shree Radha Krishna, LLC (the "Debtor") or, in the alternative, converting the case to one under chapter 7 [ECF No. 28], and it appearing that appropriate notice has been given, and upon the hearing held on March 12, 2024, at which Jeremy S. Sussman, Esq. (Office of the United States Trustee), Allen A. Kolber, Esq. (Counsel to Debtor), Steven Biolsi, Esq. (State Court Counsel to Congregation of Shree Radha Krishna, LLC), Eric P. Wainer, Esq. (Counsel to Woodbury Asset Management), and Indra Puran (Secretary of Principal of Debtor) appeared; and cause existing for the relief requested, as set forth in the record of the hearing, it is

ORDERED, that this case commenced under Chapter 11 of the Bankruptcy Code be and hereby is dismissed pursuant to 11 U.S.C. § 1112(b), and it is further

ORDERED, that the Debtor pay to the United States Trustee the appropriate sum required pursuant to 28 U.S.C. § 1930(a)(6) and 31 U.S.C. § 3717 within ten days of the entry of this order and simultaneously provide to the United States Trustee an appropriate affidavit indicating the cash disbursements for the relevant period.


Dated: March 15, 2024
    Brooklyn, New York



_Nancy Hershey Lord_
**Nancy Hershey Lord**
**United States Bankruptcy Judge**

| Information to identify the case: | | |
|---|---|---|
| Debtor **Shree Radha Krishna, LLC** <br> Name | EIN: 47–1415447 | |
| United States Bankruptcy Court   Eastern District of New York <br> Case number: **1-23-42976-nhl** | Date case filed for chapter:   11   8/22/23 | |

# NOTICE OF DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above–named debtor(s) having filed a Chapter 11 petition in bankruptcy on August 22, 2023, and an order having been signed by the Honorable Nancy Hershey Lord, United States Bankruptcy Judge, on March 15, 2024 for the dismissal of said petition.

You are notified that the petition of the above–named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, they must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: March 15, 2024

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod.jsp** [Notice of Dismissal rev. 03/07/17]

# Notice Recipients

District/Off: 0207-1              User: admin                Date Created: 3/15/2024
Case: 1-23-42976-nhl             Form ID: 227               Total: 20


**Recipients of Notice of Electronic Filing:**
aty          Allen A. Kolber          allen.kolber@gmail.com

TOTAL: 1


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Shree Radha Krishna, LLC      10548 132nd St      South Richmond Hill, NY 11419-3116
smg         United States of America      Secretary of the Treasury      15th Street & Pennsylvania Ave. NW      Washington, DC 20220
smg         NYS Unemployment Insurance      Attn: Insolvency Unit      Bldg. #12, Room 256      Albany, NY 12240
smg         NYS Department of Taxation & Finance      Bankruptcy Unit      PO Box 5300      Albany, NY 12205
smg         Internal Revenue Service      PO Box 7346      Philadelphia, PA 19101-7346
smg         NYC Department of Finance      345 Adams Street      Office of Legal Affairs      Brooklyn, NY 11201-3719
smg         Office of the United States Trustee      Eastern District of NY (Brooklyn)      Alexander Hamilton Custom House      One Bowling Green, Room 510      New York, NY 10004-1408
10230526    Estate of Rabindranauth Sharma      10548 132nd St      South Richmond Hill, NY 11419-3116
10230527    Internal Revenue Service      Financial Records      PO Box 7346      Philadelphia, PA 19101-7346
10230528    NYC Department of Finance      Attn: Legal Affairs Division      345 Adams St      Brooklyn, NY 11201-3719
10230529    NYC Dept of Environmental Protection      DEP/Customers Service,      PO Box 739055      Elmhurst, NY 11373-9055
10230530    NYC Dept. Finance      Statement of Account      66 John St Rm 104      New York, NY 10038-3735
10230531    NYS Department of Taxation & Finance      Bankruptcy Section      PO Box 5300      Albany, NY 12205-0300
10230532    NYS Unemployment Insurance Fund      PO Box 15130      Albany, NY 12212-5130
10270371    New York City Dept of Finance      Office of Legal Affairs      Collections Unit-RPT Taxes      375 Pearl Street, 30th fl      New York, 10038
10230533    United States Trustee's Office      Brooklyn Alexander Hamilton Custom House      1 Bowling Grn Ste 510      New York, NY 10004-1415
10230534    WOODBURY ASSET MANAGEMENT INC.,      8 Wagamon Dr      Woodbury, NY 11797-1008
10239408    Woodbury Asset Management, Inc.      C/o Eric P. Wainer, Esq.      Lawrence and Walsh, P.C.      215 Hilton Avenue      Post Office Box 1200      Hempstead, New York 11551
10239690    Woodbury Asset Management, Inc.      c/o Lawrence and Walsh, P.C.      215 Hilton Avenue      Post Office Box 1200      Hempstead, New York 11551

TOTAL: 19