# EXHIBIT N

EXHIBIT N

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:                                                                    Case No. 24-45207-NHL

Shree Radha Krishna - LLC,                                      Chapter 11

                          Debtor(s).

------------------------------------------------------------x

## <u>**ORDER DISMISSING CASE**</u>

Upon the Notice of Hearing on Defective or Deficient Filing – Chapter 11 Non-Individual issued by the Court based upon the failure of the above-captioned debtor (the "Debtor") to be represented by counsel; and upon the hearing held before this Court on January 28, 2025, at which Nazar Khodorovsky, Esq. (Office of the United States Trustee) appeared, but there was no appearance on behalf of the Debtor; and no attorney having filed a notice of appearance on behalf of the Debtor; it is

ORDERED, that this case is dismissed pursuant to 11 U.S.C. § 1112(b) because the Debtor, a corporation, is not represented by counsel; and it is further

ORDERED, that, within ten (10) days of the entry of this order, the Debtor shall provide to the United States Trustee an appropriate affidavit indicating the cash disbursements, if any, for the relevant period.



Dated: January 31, 2025
        Brooklyn, New York

                                                                        Nancy Hershey Lord
                                                                        **United States Bankruptcy Judge**

| Information to identify the case: | |
|---|---|
| Debtor **Shree Radha Krishna – LLC** | EIN: 47–1415447 |
| Name | |
| United States Bankruptcy Court    Eastern District of New York | Date case filed for chapter:    11    12/13/24 |
| Case number:    **1–24–45207–nhl** | |

# NOTICE OF DISMISSAL OF CASE

**NOTICE IS HEREBY GIVEN THAT:**

The above–named debtor(s) having filed a Chapter 11 petition in bankruptcy on December 13, 2024, and an order having been signed by the Honorable Nancy Hershey Lord , United States Bankruptcy Judge, on January 31, 2025 for the dismissal of said petition.

You are notified that the petition of the above–named debtor(s) has been dismissed.

Notice is further given that if there are any outstanding filing fees due, they must be paid in full to the Clerk of Court upon receipt of this notice.

Dated: February 3, 2025

For the Court, Paul Dickson, Clerk of Court

**BLnod.jsp** [Notice of Dismissal rev. 03/07/17]

# Notice Recipients

District/Off: 0207-1              User: admin                    Date Created: 2/3/2025
Case: 1-24-45207-nhl             Form ID: 227                    Total: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Shree Radha Krishna – LLC        126-04 133 Ave        South Ozone, NY 11420
smg         United States of America        Secretary of the Treasury        15th Street & Pennsylvania Ave.
            NW        Washington, DC 20220
smg         NYS Unemployment Insurance        Attn: Insolvency Unit        Bldg. #12, Room 256        Albany, NY 12240
smg         NYS Department of Taxation & Finance        Bankruptcy Unit        PO Box 5300        Albany, NY 12205
smg         Internal Revenue Service        PO Box 7346        Philadelphia, PA 19101-7346
smg         Office of the United States Trustee        Eastern District of NY (Brooklyn)        Alexander Hamilton Custom
            House        One Bowling Green, Room 510        New York, NY 10004-1408
10446483    Woodbury Asset Management, Inc.        c/o Phillips, Artura & Cox        165 South Wellwood
            Avenue        Lindenhurst, NY 11757
10446631    Woodbury Asset Management, Inc.        c/o Phillips, Artura & Cox        165 South Wellwood
            Avenue        Lindenhurst, NY 11757
10434555    Wooidberry asset management inc        2265 5 ave        Ny ny 10037

                                                                                TOTAL: 9