# EXHIBIT O

# EXHIBIT O

# Shri Radha Krishna Mandir, Inc

126-04 133rd Avenue
South Ozone Park, NY 11420

August 11, 2023

Mrs Nadira Sharma
105-48 132nd Street
Jamaica NY 11419

Dear Mrs Sharma,

**Re: Shri Radha Krishna Mandir, Inc**

As you may be aware, there has been an election on August 8th 2023 appointing a new Executive Board Committee members for the Shri Radha Krishna Mandir, Inc. This election is imperative because of the impending foreclosure on August 25, 2023. A copy of the minutes with the newly elected officers is attached for your perusal.

We need your help in expediting this process in a peaceful and civil manner. Members of the new Executive Board are asking that you kindly turn over the Mandir's bank account to the new Treasurer, Mr Sahadeo Persaud aka Suresh Persaud. Mr Sahadeo Persaud is available to meet with you at the bank to facilitate a smooth transaction.

The new Executive Board also is asking that you release the Corporate Kit which contains the following:

- Certificate of Incorporation
- Filing Receipt
- Corporation Seal
- The EIN number letter from IRS
- Stock Certificates
- Password to Security Camera on premises
- Facebook account password

We, the new Executive Board, ask for your full cooperation and hope that you can join us as part of the Executive Board.

Page 1/2 RS.

Scanned with CamScanner

Thank you for all you have done!

Sincerely,

*Roopnarine Singh*

Roopnarine Singh aka Rudy Singh

President
Shri Radha Krishna Mandir, Inc

Subscribed and Sworn before me this
12 day of August 2023
a Notary Public in and for
Queens County, State of New York

_Signature NOTARY PUBLIC_

DASHRATH SEWNARINE
NOTARY PUBLIC, State of New York
No. 01SE5086859
Qualified in Queens County
Commission Expires Feb. 27 2027

Sahadeo Persaud aka Suresh Persaud
Shri Radha Krishna Mandir, Inc

Lilowtie Puran aka Indra Puran
Shri Radha Krishna Mandir, Inc

Page
2/2
R.S.

Scanned with CamScanner