# EXHIBIT P

# EXHIBIT P

# Nadira Sharma
105-48 132nd Street,
So. Richmond Hill, NY 11419

August 16, 2023

The Executive Board
Shri Radha Krishna Mandir, Inc.
126-04 133rd Avenue
South Ozone Park, NY 11420

Re:    Shri Radha Krishna Mandir, Inc. ("Mandir")

Dear Sir/Madam,

As per your letter dated August 11, 2023, a copy of which is attached hereto, enclosed herewith, please find the following:

1.  Organizational Documents for Shri Radha Krishna Mandir, Inc.:
    - Certificate of Incorporation and amendments thereto;
    - Filing Receipt;
    - Corporate Seal;
    - IRS Tax Exempt Letter;
2.  Facebook account password.

In addition to the documents/information requested in your letter of August 11, 2023, I am also, forwarding the following:

1.  A folder containing the following:
    - Documents pertaining to Ramkellawan (Jerome) Raghubir withdrawal of Eight Thousand Dollars ($8,000.00) from the Mandir's bank account at TD Bank;
    - Documents pertaining to Liloutie (Leelo) Persaud retaining a contractor in 2018 to do work at the Mandir. Said work was never completed. See documents on how the undersigned was able to recover funds on 3/10/2021 from said contractor after several unsuccessful attempts made by Ms. Persaud.
    - Envelope containing membership funds giving by Jerome Raghubir ($100) and Jag Rameshwar ($100.00). Nandanie Motilall was selected to spearhead the membership drive. She subsequently returned the aforementioned funds.
    - An envelope containing $100 given to Leelo Persaud by Uncle Henry to purchase Phalka Ghee. Said amount was given to the undersigned to purchase said ghee. After visiting several stores, the unsigned was unable to find said brand of ghee.
    - Petty Cash ($200); used $135.59 (see receipts); balance being returned $64.41 cash.
    - Proof of settlement by the undersigned of the Mandir credit card account. Said account was settled for $3940.00. Copies of the documents were given to Jerome Raghubir for refund of the $3,940.00 to the undersigned. Said funds were never refunded.
    - Documents pertaining to replacement check # 1364, dated 11.2.22 payable to Doreen Totaram. Said check replaced check #1289 issued by Pt. Rabindranauth Sharma for the repayment of loan but was not signed.
    - New York State Tax Exempt Organization Certificate;
    - Home Depot Tax Exempt Certificate; and

1

- Lowes Tax Exempt Certificate.

2. Financials for the year 2022.
3. Financials from January 2023-July 2023. 2021
4. TD Bank Statement – 2019, 2020, 2022 and January 2023-July 2023. 2021
5. Checks deposited by the undersigned for the year 2021, 2022 and from January 2023 -July 2023.
6. Tax Returns – 2014-2022.
7. 23 used receipt books (receipts written by Nadira Sharma).
8. Log of receipt written by Nadira Sharma for the year 2019, 2020, 2021, 2022 and from January 2023-July 2023.
9. 17 unused Receipt Books (#1651- #2451).
10. A bag with written receipts by the undersigned – to be handed out.
11. 6 bins of Murti Clothes.
12. One (1) Blanket Bag with financial documents from bookkeeper, Jerome Raghubir.
13. One (1) large envelope with financial documents from bookkeeper, Jerome Raghubir.
14. Rental Agreements written by the undersigned for the following years:
    - 2022 (completed);
    - 2023 (completed);
    - 2023 (pending);
    - 2024;
    - One Contract written by Jerome Raghubir (event postponed); and
    - Four (4) cancelled rental contracts.
15. Donation from Sharmilla Manohar;
16. Jerome Raghubir keys to the Mandir;
17. Ron's keys to the Mandir; and
18. One address stamp for the Mandir.

I shall deliver the check book with unused check numbers 1377- 1654 to Mr. Sahadeo Persaud on August 17, 2023, upon sign over of the Mandir's bank account at TD Bank. ✳

*Delivered by Avi*

Very truly yours,

*Nadira Sharma*

Nadira Sharma

*Name Date 8/16/2023*

*ID# 739 959 593*

Encls.

**ALL OF THE AFOREMENTIONED DOCUMENTS/INFORMATION RECEIVED BY:**

Print Name: SAHADEO PERSAUD

ID

Date: 8/16/2023

284 413 582

Print Name:

✳ Received check book & Donation Box Keys (2)

Date: 8/16/27

462 582 604

8/17/23
Date

Name:

Name