UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re:

Shri Radha Krishna Mandir Inc.,

Debtor.

-------------------------------------------------------x

Chapter 11 (Subchapter V)

Case No. 26-40076-jmm

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**

**WHEREAS**, on January 7, 2026, Shri Radha Krishna Mandir Inc. (the "Debtor") filed a petition for relief under chapter 11 of the Bankruptcy Code; and

**WHEREAS**, on May 7, 2026, the Debtor filed a motion seeking (a) authorization to amend the petition to elect to proceed under Subchapter V; and (b) an extension of the time to file a Subchapter V plan under Section 1189(b) of the Bankruptcy Code (the "Motion") [ECF No. 28]; and

**WHEREAS**, on May 8, 2026, the Debtor filed an amended petition electing to proceed under Subchapter V [ECF No. 30]; and

**WHEREAS**, Section 1189(b) of the Bankruptcy Code provides:

> The debtor shall file a plan not later than 90 days after the order for relief under this chapter, except that the court may extend the period if the need for the extension is attributable to circumstances for which the debtor should not justly be held accountable.

**AND WHEREAS**, on July 15, 2026, the Court held a hearing on the Motion and denied the Motion to the extent it sought an extension of time to file a Subchapter V plan;

**NOW, THEREFORE**, for the reasons stated on the record at the July 15, 2026 hearing, it is hereby

**ORDERED**, that the Debtor shall appear on **September 16, 2026 at 1:30 p.m.** (the "Hearing") and show cause why this case should not be dismissed under Section 1112(b) for failure to timely file a Subchapter V plan; and it is further

**ORDERED**, that the Hearing may be held in person, by phone, or by videoconference. Regardless of whether you intend to appear in person, by phone, or by videoconference, those intending to appear at the Hearing must register with eCourt Appearances no later than two (2) days prior to the Hearing. The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the Hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov; and it is further

**ORDERED**, that the Debtor shall file any response to this Order to Show Cause by **September 2, 2026**; and it is further

**ORDERED**, that the Clerk shall serve a copy of this order on the Debtor, the Debtor's Counsel, the Office of the United States Trustee, all creditors, and all parties that filed a notice of appearance.

**Dated: July 27, 2026**
**Brooklyn, New York**

United States Bankruptcy Court
Eastern District of New York

Jil Mazer-Marino
Chief United States Bankruptcy Judge